# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON CORNFORTH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMOS NACHOUM, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-06944 NC<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. 14 |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed by July 30, 2018. All scheduled dates are VACATED.

IT IS SO ORDERED.

Dated: March 19, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　　United States Magistrate Judge